PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>JUAN MANUEL RUIZ,<br><br>                    Defendant. | CASE NO. 1:22-CR-00274-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE RE: TSR VIOLATION PETITION; ORDER<br><br>DATE: December 12, 2022<br>TIME: 2:00 PM<br>COURT: Hon. Sheila K. Oberto (Duty Magistrate) |

By previous order this matter was set for a status conference regarding defendant's pending supervised release violation petition on December 12, 2022. Doc. 9. Given that the alleged violation involves a pending state criminal case, the parties seek to continue the currently scheduled status date until Thursday, January 19, 2023, to allow the parties to discuss a potential resolution. Because this case involves a term of supervised release, no time exclusion is necessary.

Dated: December 8, 2022         PHILLIP A. TALBERT
                                United States Attorney


                                 /s/ JESSICA A. MASSEY
                                JESSICA A. MASSEY
                                Assistant United States Attorney

Dated: December 8, 2022         /s/ JAN RONIS
                                JAN RONIS
                                Counsel for defendant
                                JUAN MANUEL RUIZ

STIPULATION TO CONTINUE TSR STATUS
CONFERENCE; [PROPOSED] ORDER                1

**ORDER**

IT IS SO ORDERED that the status conference is continued from December 12, 2022, to **January 19, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **December 9, 2022**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE