PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN MANUEL RUIZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:22-CR-00274-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE RE: TSR VIOLATION PETITION; ORDER THEREON<br><br>DATE: January 19, 2023<br>TIME: 2:00 PM<br>COURT: Hon. Erica P. Grosjean (Duty Magistrate) |

　　　By previous order this matter was set for a status conference regarding defendant's pending supervised release violation petition on January 19, 2023. Given that the alleged violation involves a pending state criminal case, the parties seek to continue the currently scheduled status date until March 20, 2023, to allow the parties to discuss a potential resolution. Because this case involves a term of supervised release, no time exclusion is necessary.

Dated: January 18, 2023　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ JESSICA A. MASSEY
　　　　　　　　　　　　　　　　　　　　　　　　　JESSICA A. MASSEY
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: January 18, 2023　　　　　　　　　　　　/s/ JAN RONIS
　　　　　　　　　　　　　　　　　　　　　　　　　JAN RONIS
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for defendant
　　　　　　　　　　　　　　　　　　　　　　　　　JUAN MANUEL RUIZ

STIPULATION TO CONTINUE TSR STATUS CONFERENCE; [PROPOSED] ORDER　　　　1

**ORDER**

The Court grants the parties' stipulation to continue the status conference regarding the supervised release violation, currently noticed for 1/19/2023, to 3/20/2023 at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated: __**January 18, 2023**__        /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE TSR STATUS
CONFERENCE; [PROPOSED] ORDER                    2