PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00274-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE RE: TSR VIOLATION PETITION; ORDER |
| v. | |
| JUAN MANUEL RUIZ, | DATE: April 19, 2023
TIME: 2:00 PM |
| Defendant. | COURT: Hon. Barbara A. McAuliffe (Duty Magistrate) |

By previous order this matter was set for a status conference regarding defendant's pending supervised release violation petition on April 19, 2023. Given that the alleged violation involves a pending state criminal case that the government intends to charge federally, the parties seek to continue the currently scheduled status date until May 24, 2023. Because this case involves a term of supervised release, no time exclusion is necessary.

Dated: April 17, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

Dated: April 17, 2023

/s/ JAN RONIS
JAN RONIS
Counsel for defendant
JUAN MANUEL RUIZ

STIPULATION TO CONTINUE TSR STATUS
CONFERENCE; [PROPOSED] ORDER

1

## ORDER

IT IS SO ORDERED that the status conference is continued from April 19, 2023, to **May 24, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated: __April 17, 2023__             /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE