PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN MANUEL RUIZ, JR.<br>  Defendant. | CASE NO. 1:22-CR-00274-ADA-BAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE ON SUPERVISED RELEASE VIOLATION AND SET CHANGE OF PLEA PROCEEDING; ORDER<br><br>DATE: May 24, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

    This case is set for a status conference on May 24, 2023 in front of the Honorable Sheila K. Oberto, U.S. Magistrate Court Judge. The parties stipulate and request to continue the status conference to June 21, 2023 at 2:00 p.m. at which time the parties anticipate the defendant will consent to the Magistrate Judge taking his admission and enter an admission. Defense counsel is currently in a jury trial, and needs additional time to prepare.

**STIPULATION**

    Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

    1.    Defense counsel is currently in a jury trial, and the schedule for the remainder of the trial is uncertain.

    2.    Defense counsel anticipates his client will consent to the Magistrate Judge taking his admission and will enter an admission at the next hearing.

3. By this stipulation, defendant now moves to continue the status conference, to June 21, 2023

    a) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: May 22, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: May 22, 2023

/s/ JAN RONIS
JAN RONIS
Counsel for Defendant
Amado Escobedo, Jr.

**ORDER**

IT IS SO ORDERED.

DATED: 5/22/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE COURT JUDGE