IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-cr-00274-ADA-1 |
| Plaintiff, | ) | |
| v. | ) | |
| JUAN MANUEL RUIZ, Jr., | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:23-cr-00118-JLT-SKO-1 |
| Plaintiff, | ) | **New Case Number:** |
| | ) | **1:23-cr-00118-ADA-BAM-1** |
| v. | ) | |
| JUAN MANUEL RUIZ, Jr., | ) | **ORDER REASSIGNING CASES FOR ALL PURPOSES** |
| Defendant. | ) | |

Pusuant to the filing of the Notice of Related Cases in case numbers 1:22-cr-00274-ADA-1, 1:23-cr-00118-JLT-SKO-1 on June 13, 2023;

Case number 1:23-cr-00118-JLT-SKO-1 is transferred to the docket of District Judge Ana de Alba and Magsitrate Judge Barbara A. McAuliffe to effect a savings of judicial effort and judicial economy.

///

///

///

///

1

To prevent a delay in documents being received by the correct judicial officer, the new case numbers listed below should be used on all future documents.

**1:23-cr-00118-ADA-BAM-1**

IT IS SO ORDERED.

Dated:   June 14, 2023                    _____
                                           UNITED STATES DISTRICT JUDGE