# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN MANUEL RUIZ,<br><br>　　　　Defendants. | Case No. 22-cr-00274-ADA BAM<br><br><br>ORDER TO CONTINUE |

IT IS HEREBY ORDERED, based upon the foregoing Stipulation, that the sentencing hearing date of defendant JUAN MANUEL RUIZ in the above-entitled cases be and is hereby continued from Monday, August 28, 2023 at 8:30 am to Monday, September 25, 2023 at 8:30 a.m. due to a scheduling conflict in defense counsel's calendar that would prevent him from being able to go forward with this hearing.

///

///

///

///

///

The parties agree that the above constitutes good legal cause for this continuance and that any time allowed by the Court for the continuance request of the defense shall be excluded pursuant to the Speedy Trial Act.

| | |
|---|---|
| Dated: August 21, 2023 | /s/ Jan Ronis<br>Counsel for Defendant<br>JUAN MANUEL RUIZ |
| Dated: August 21, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Brittany Gunter<br>Assistant United States Attorney |

IT IS SO ORDERED.

Dated:   August 21, 2023

_____
UNITED STATES DISTRICT JUDGE